## HILL *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 15, September Term, 1961.]

*Decided December 7, 1961.*

Before HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

Per Curiam.

For the reasons stated in the opinion of Judge Day, filed in the lower court, the application for leave to appeal from the order denying him post conviction relief is hereby denied.

*Application denied.*